**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Eric MEEKS, Defendant/Appellant.**

**Nos. ED 76551, ED 76865.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 13, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 25, 2000.

Application for Transfer Denied
Aug. 29, 2000.

Daniel J. Bruntrager, Bruntrager &
Billings, P.C., St. Louis, for appellant.

John Munson Morris, III, Shaun J.
Mackelprang, Asst. Attys. Gen., Jefferson
City, for respondent.

Before KATHIANNE KNAUP
CRANE, P.J., ROBERT G. DOWD, Jr., J.
and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Defendant Eric Meeks appeals from the
judgment entered on his conviction by a
jury of trafficking drugs in the second
degree, in violation of Section 195.223.3(2)
RSMo (1994) and possession of a con-
trolled substance, in violation of Section
195.202 RSMo (1994). The trial court
found defendant was a prior and persistent
drug offender and a prior and persistent
offender and sentenced him to concurrent
terms of 15 years imprisonment and 10
years imprisonment, respectively.

No error of law appears and no jurispru-
dential purpose would be served by a writ-
ten opinion. However, the parties have
been furnished with a memorandum opin-
ion for their information only, setting forth
the facts and reasons for this order.

The judgment is affirmed in accordance
with Rule 30.25(b).